**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JUSTIN SHANE STATON** **PLAINTIFF**
**ADC #163883**

**v.** **CASE NO. 4:26-CV-00761-BSM-JJV**

**GIBSON, *et al.*** **DEFENDANTS**

# ORDER

Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 5] is adopted and Justin Staton's claims against defendants Sims and Gibson may proceed. Staton's claims against defendants Givens and Lay are dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of October, 2026.

UNITED STATES DISTRICT JUDGE